# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| In re: | § | Case No. **02-12617-JH** |
| | § | |
| **WERLING, APRIL** | § | Chapter **7** |
| **WERLING, DEREK** | § | |
| | § | Judge: **HOPKINS** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached checks in the total amounts of $2,758.91 represent the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| U.S. DEPT. OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>P O BOX 4609<br>UTICA, NY 13504 | 9 | 1,321.62 |
| CHASE MANHATTAN USA<br>C/O CHASE BANKCARD SERVICES, INC.<br>P O BOX 52176<br>PHOENIX, AZ 85072-2176 | 3 | 1,318.84 |
| CARD PROCESSING CENTER<br>P O BOX 23356<br>PITTSBURGH, PA 15222 | 6 | 87.22 |
| NEW CENTURY PHYSICIANS<br>C/O UNITED COLLECTION BUREAU, INC.<br>3131 S. DIXIE, STE. 600<br>DAYTON, OH 45439 | 8 | 31.23 |

Dated:  4/12/11                    /s/ Elliott Polaniecki
                                    Case Trustee

cc:     U.S. Trustee